UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | 4:17-cr-22 | |
| v. | ) | | |
| | ) | Judge Collier | |
| EDWARD G. HAWKINS | ) | | |

## **O R D E R**

Before the Court is Defendant Edward G. Hawkins's *pro se* motion for early termination of supervised release. (Doc. 38.) Defendant states he wishes to work with the Halfway House in Chattanooga to assist people coming out of prison and help them transition back into the community. (*Id.*) As a result, Defendant requests an early termination of his supervised release. (*Id.*)

Defendant was sentenced to twelve months and one day in prison, followed by two years of supervised release. (Doc. 29.) Defendant's term of supervision commenced on January 23, 2019.

In deciding whether to grant early termination of supervised release, the Court must consider certain factors, set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), and determine whether granting a defendant's request is "warranted by the conduct of the defendant released and the interest of justice." *See* 18 U.S.C. § 3583(e). Upon consultation with the Probation Office, it appears Defendant has fully complied with all the rules and regulations of his supervision and has completed thirteen of his twenty-four months of supervised release.

Accordingly, in the interests of justice, the motion (Doc. 38) is **GRANTED**. Defendant Edward G. Hawkins is **DISCHARGED** from supervision.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**